IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-06-00404-CV

 

In re Chad Fenley Davis

 

 



Original Proceeding

 

 



MEMORANDUM  Opinion



 








          Chad Fenley Davis seeks a writ of
mandamus directing Respondent, the Honorable Steve Smith, Judge of the 361st
District Court of Brazos County, to issue an order requiring “officials of the
361st Judicial District Court” to return $103 in United States currency in compliance
with a 1996 order issued by Respondent’s predecessor in office.  The petition is
denied.

          Absent a specific exemption, the Clerk
of this Court must collect filing fees at the time a document is presented for
filing.  Tex. R. App. P. 12.1(b); Appendix to Tex. R. App. P., Order Regarding Fees (July 21, 1998); see
also Tex. R. App. P. 5; 10th Tex. App. (Waco) Loc. R. 6; Tex. Gov’t Code Ann. §§ 51.207, 51.941
(Vernon 2005).  Under these circumstances, we suspend the rule and order the
Clerk to write off all unpaid filing fees in this case.  Tex. R. App. P. 2.

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Petition denied

Opinion delivered and
filed January 10, 2007

[OT06]